**Denied and Opinion Filed November 21, 2024**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-24-01014-CV**

**IN RE DR. ROBERT TAFEL; ROBERT E. TAFEL, D.D.S., PA D/B/A BEAR CREEK FAMILY DENTISTRY; BUCKNER MARKETPLACE DENTAL, PA D/B/A BEAR CREEK FAMILY DENTISTRY; PECAN PLAZA DENTAL, PA; PIONEER DENTAL, PA D/B/A BEAR CREEK FAMILY DENTISTRY; WESTCLIFF DENTAL, PA D/B/A BEAR CREEK FAMILY DENTISTRY; SPRING VALLEY CROSSING DENTAL, PA D/B/A BEAR CREEK FAMILY DENTISTRY; PLAZA DE ORO DENTAL, PA D/B/A BEAR CREEK FAMILY DENTISTRY; TORRE VISTA DENTAL, PA D/B/A BEAR CREEK FAMILY DENTISTRY; TOWN NORTH DENTAL, PA D/B/A BEAR CREEK FAMILY DENTISTRY; BEAR CREEK FAMILY DENTISTRY, PA D/B/A BEAR CREEK FAMILY DENTISTRY; MESQUITE CROSSING DENTAL, PA D/B/A BEAR CREEK FAMILY DENTISTRY; CW VILLAGE DENTAL, PA D/B/A BEAR CREEK FAMILY DENTISTRY; AND BLT SUPPORT SERVICES, LLC F/K/A BLT MANAGEMENT COMPANY, LLC, Relators**

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-11407**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

Relators filed a motion for rehearing of our August 30, 2024 memorandum

opinion and order denying relief. We deny the motion for rehearing. On our own

motion, we withdraw our opinion and vacate our order of August 30, 2024, and issue this new memorandum opinion and order denying relief in their stead. This is now the opinion of the Court.

Relators' August 27, 2024 petition for writ of mandamus challenges the trial court's orders denying the plea to the jurisdiction and motion for summary judgment. After reviewing relators' petition, real party in interest's response, relators' reply, and the record before us, we conclude relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny relators' petition for writ of mandamus. TEX. R. APP. P. 52.8(a).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

241014F.P05